FILED

MAR 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DANIEL SARTAIN,

        Plaintiff - Appellant,

  v.

ROBERT MEYERS; et al.,

        Defendants - Appellees.

Nos.  08-55683
       08-56317

D.C. No. 2:05-cv-05067-VAP-JC

MEMORANDUM[*]

Appeals from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

In these consolidated appeals, Daniel Sartain, a California state prisoner,

appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983

action alleging that defendants failed to treat his chronic pain condition properly in

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes these cases are suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

violation of the Eighth and Fourteenth Amendments. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment on the Eighth Amendment claim because Sartain did not raise a triable issue as to whether defendants' chosen course of treatment "was medically unacceptable under the circumstances, and was chosen in conscious disregard of an excessive risk to [Sartain's] health." *See id.* at 1058 (internal quotation marks and citation omitted).

The district court properly granted summary judgment on the equal protection claim because Sartain did not raise a triable issue as to whether he was intentionally treated differently from similarly situated inmates. *See Thornton v. City of St. Helens*, 425 F.3d 1158, 1166-67 (9th Cir. 2005).

The district court did not abuse its discretion by denying Sartain's motions for appointment of counsel because Sartain failed to demonstrate exceptional circumstances warranting appointment of counsel. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991).

Sartain's remaining contentions are unpersuasive.

Sartain's February 3, 2010, motion for an emergency injunction and restraining order is denied.

**AFFIRMED.**